# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                      CASE NUMBER: **05-C-1056**
                                              (**01-Cr-217**)

**TIMOTHY P. NASIEROWSKI**,

                Movant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Timothy P. Nasierowski's petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED WITH PREJUDICE. This case is hereby DISMISSED.**

    **February 24, 2006**                                **SOFRON B. NEDILSKY**
Date                                                                     Clerk

                                                                        s/ Linda M. Zik
                                                                      (By) Deputy Clerk